E-FILED
Friday, 04 March, 2016  10:56:02 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

DENNIS VAN NOTE,                                )
                                                )
         Plaintiff,                  )
                                                )
     v.                                    )        Case No. 14-1363
                                                )
COMMISSIONER OF SOCIAL SECURITY,                )
                                                )
         Defendant.                  )

### O R D E R

On February 9, 2016, a Report & Recommendation was filed by Magistrate Judge Jonathan Hawley in the above captioned case. More than fourteen (14) days have elapsed since the filing of the Report & Recommendation, and no objections have been made. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *Lockert v. Faulkner*, 843 F.2d 1015 (7th Cir. 1988); and *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986). As the parties failed to present timely objections, any such objections have been waived. *Id*.

The relevant procedural history is sufficiently set forth in the comprehensive Report & Recommendation of the Magistrate Judge. Plaintiff claims 1) the Appeals Council erred by failing to remand his case for consideration of new and material evidence from a physician; 2) the ALJ erred on her selective consideration of the medical evidence and failing to build a logical bridge from the evidence to her conclusions; and 3) the ALJ's credibility determination was not supported by substantial evidence. The Court concurs with the Magistrate Judge's detailed discussion and recommendation.

Accordingly, the Court now adopts the Report & Recommendation [23] of the Magistrate Judge in its entirety. Defendant's Motion for Summary Affirmance [19] is GRANTED and

Plaintiff's Motion [13] for Summary Judgment or Remand is DENIED. This case is now terminated.

ENTERED this 4th day of March, 2016.

_  s/ James E. Shadid_____
James E. Shadid
Chief United States District Judge